[No. 42126-3-I.    Division One.    April 5, 1999.]

ROBERT TAYLOR, *Respondent*, v. STEVEN C. QUAY, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-2-01865-8, Anita L. Farris, J., entered February 3, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker and Ellington, JJ.

[No. 42141-7-I.    Division One.    April 5, 1999.]

*In the Matter of the Marriage of* W. ALAN JORGENSEN,
*Respondent*, and APRIL R. JORGENSEN, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 97-3-01182-9, Peter Jarvis, J., entered February 13, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Cox and Appelwick, JJ.

[No. 42819-5-I.    Division One.    April 5, 1999.]

ROBERT T. GRIFFIN, *Appellant*, v. THE BOEING COMPANY,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-29235-2, Jim Bates, J., entered May 12 and June 9, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.

[No. 43034-3-I.    Division One.    April 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLANDO
EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-00702-4, Richard M. Ishikawa, J., entered July 8, 1998. *Reversed* by unpublished per curiam opinion.